Acme Fast Freight, Inc. *v.* Heffler, Appellant.

Argued March 21, 1962. Before RHODES, P. J., ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ.

*Lionel B. Gumnit,* with him *Weisberg & Gumnit,* for appellant.

*Raymond L. Shapiro,* with him *Wexler, Mulder & Weisman,* for appellee.

634

OPINION PER CURIAM, April 12, 1962:

The judgment of the County Court of Philadelphia is affirmed on the opinion of Judge DiNUBILE, as reported in 26 Pa. D. & C. 2d 575 (1962).